IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL D. HAYNES,

        Plaintiff,                      No.  2:12-cv-3018 KJN P

   vs.

D. ROSARIO, et al.,

        Defendants.              <u>ORDER</u>

                               /

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  By order filed March 6, 2013, plaintiff was ordered to complete and return to the court, within thirty days, the USM-285 forms and four copies of his complaint which are required to effect service on the defendants.  On March 18, 2013, plaintiff submitted the USM-285 forms but only submitted one copy of the complaint.  Plaintiff must provide sufficient copies so that each defendant may receive one copy of the complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  The Clerk of the Court is directed to return the copy of the complaint submitted by plaintiff on December 14, 2012; and

////

////

1

2. Within thirty days, plaintiff shall submit to the court the four copies of the complaint required to effect service.  Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED:  March 22, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hayn3018.8f