IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAYNES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>D. ROSARIO, et al.,<br><br>　　　　　　Defendants. | No. 2:12-cv-03018 KJN P<br><br>**ORDER GRANTING DEFENDANTS'<br>MOTION FOR FIFTEEN-DAY<br>EXTENSION OF THE DISCOVERY<br>DEADLINE** |

　　　　Plaintiff is a state prisoner proceeding without counsel.  On February 28, 2014, defendants sought a second extension of the discovery deadline for the limited purpose of taking plaintiff's deposition, and to extend the pretrial motion deadline for sixty days.  Counsel appeared with a shorthand reporter at California State Prison, Sacramento, to take plaintiff's duly-noticed deposition.  However, plaintiff did not attend because he had a lay-in order due to an illness.  Good cause appearing, the discovery and pretrial deadlines will be extended.

　　　　IT IS HEREBY ORDERED that:

　　　　1. Defendants' motion (ECF No. 31) is granted;

　　　　2. The deadline to complete discovery is continued to March 31, 2014, for the limited purpose of taking plaintiff's deposition; and

    3. All pretrial motions, except motions to compel discovery, shall be filed on or before May 20, 2014. In all other respects, the September 16, 2013 scheduling order remains in effect.

Dated: March 4, 2014

hayn3018.eot2

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE