UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MANUEL BURGOS,<br><br>   Plaintiff,<br><br>   v.<br><br>ROBERT LONG, et al.,<br><br>   Defendants. | No. 2:10-cv-3274-TLN-EFB P |
| MICHAEL HAYNES,<br><br>   Plaintiff,<br><br>   v.<br><br>D. ROSARIO,<br><br>   Defendant. | No. 2:12-cv-3018-KJN P<br><br>ORDER DECLINING TO RELATE CASES |

Michael D. Haynes, plaintiff in *Haynes v. Rosario*, 2:12-cv-3018-KJN, has filed a notice of related case, indicating that the above cases are related. An action is related to another action within the meaning of Local Rule 123 when (1) both actions involve the same parties and are based on the same or a similar claim; (2) both actions involve the same property, transaction, or event; (3) both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of

1

1  judicial effort, either because the same result should follow in both actions or otherwise; or (4) for
2  any other reasons, it would entail substantial duplication of labor if the actions were heard by
3  different Judges or Magistrate Judges.
4      Mr. Haynes believes that his case is related to *Burgos v. Long*, 2:10-cv-3274, because they
5  both involve a misuse of force claim against defendant Rosario.  Mr. Haynes is mistaken.
6  Although Rosario is a defendant in this case, "misuse of force" is not at issue.
7      Because no common questions of law or fact exist between the cases, IT IS HEREBY
8  ORDERED that the cases will not be related.
9  DATED:  March 4, 2014.

                        EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE