IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT O F CALIFORNIA

| | |
|---|---|
| MICHAEL HAYNES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D. ROSARIO, et al.,<br><br>　　　　　Defendants. | No. 2:12-cv-03018 KJN P<br><br>[~~Proposed~~] ORDER MODIFYING SCHEDULING ORDER TO EXTEND PRETRIAL-MOTION DEADLINE |

　　Good cause appearing, the motion of Defendants Peterson, Rosario, Slupski, and Swarthout to modify the Scheduling Order to extend the pretrial-motion deadline by thirty days is granted, *nunc pro tunc*.

　　Pretrial motions, except motions to compel discovery, shall be filed on or before June 19, 2014.

　　In all other respects, the Scheduling Order, dated September 16, 2013, shall remain in full force and effect.

　　IT IS SO ORDERED.

Dated: May 22, 2014

_____

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1

Order Modifying Scheduling Order to Extend Pretrial-Motion Deadline  (2:12-cv-03018 KJN)