UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. HAYNES,<br><br>    Plaintiff,<br><br>    v.<br><br>D. ROSARIO,<br><br>    Defendant. | No. 2:12-cv-3018 KJN P<br><br>ORDER TO SHOW CAUSE |

    Both parties consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed June 1, 2015, this court directed plaintiff to file a pretrial statement on or before August 3, 2015. Plaintiff has not filed a pretrial statement or responded to the court's order. Therefore, plaintiff is ordered to show cause why this action should not be dismissed without prejudice. See Fed. R. Civ. P. 16(f); Local Rule 110. Failure to respond will result in the dismissal of this action.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Defendants are relieved from filing a pretrial statement;

    2. The pretrial conference set for September 16, 2015 is vacated; and

////

////

////

1

3. Within fourteen days from the date of this order, plaintiff shall show cause why this action should not be dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 16(f); Local Rule 110.

Dated: 08/13/2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE