UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. HAYNES,<br><br>    Plaintiff,<br><br>    v.<br><br>D. ROSARIO,<br><br>    Defendant. | No. 2:12-cv-3018 KJN P<br><br><br>ORDER |

Both parties consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed August 13, 2015, plaintiff was ordered to show cause, within fourteen days, why this action should not be dismissed. The fourteen day period has now expired, and plaintiff has not shown cause or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. The November 30, 2015 jury trial date before the undersigned is vacated; and

2. This action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: September 3, 2015

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hayn3018.fsc

1